UNITED STATES DISTRICT COURT FOR THE
Northern District OF NEW YORK
-----------------------------------------------------------------------x Civil Action No.: 1:23-cv-00843

Freedom Mortgage Corporation,

                             Plaintiff,                **ORDER**

Cameron L. Woodruff

                          Defendant(s).
-------------------------------------------------------------------x

      Plaintiff having moved this Court for an Order reforming the legal description contained in the subject mortgage recorded on July 19, 2021 under Instrument Number 2021-68611

      **UPON** the Summons In a Civil Action (the "Summons") filed in this action on July 14, 2023 and Complaint (the "Complaint") filed in this action on July 13, 2023 and on the Notice of Pendency filed in the Fulton County Clerk's office on July 27, 2023 and the Notice of Motion dated February 13, 2025, the declaration by Robert Tremaroli, Esq., together with the exhibits annexed thereto, all in support of Plaintiff's motion to reform the subject mortgage; and

      **NOW**, on motion by, Robert Tremaroli, Esq., attorney for the Plaintiff, it is hereby

      **ORDERED**, **ADJUDGED AND DECREED**, that the Plaintiff's Motion is hereby granted; and it is further

      **ORDERED**, **ADJUDGED AND DECREED**, that the legal description contained in the subject mortgage, recorded on July 19, 2021 under Instrument Number 2021-68611, is hereby reformed *nunc pro tunc*, to reflect the legal description as contained in the Deed, recorded July 19, 2021 in Instrument No. 2021-68610 and as in the Schedule A annexed hereto.

Dated: __March 17, 2025__

                                                            Glenn T. Suddaby
                                                           U.S. District Judge

**ALL THAT CERTAIN TRACT, PIECE OR PARCEL OF LAND,** situate, lying and being in the Village of Mayfield, County of Fulton and State of New York, bounded and described as follows:

Beginning at the southeast corner of Second Avenue and Maple Avenue; running thence southerly along Maple Avenue a distance of one hundred three (103) feet, more or less, to lands now owned by Agor; thence easterly along the north line of said lands of Agor a distance of one hundred fifteen (115) feet, more or less, to lands now owned by Charles Henderson, and Dolores Goss, formerly owned by Bennett; thence northwesterly along the west line of said lands of Henderson and Goss and continuing along the west line of said lands of other lands formerly of Bennett, now of Barton Warner and Valerie Warner a distance of one hundred thirty-three (133) feet, more or less, to second Avenue; thence westerly along Second Avenue a distance of seventy-six (76) feet, more or less, to the point and place of beginning.

**BEING** the same premises conveyed to Deborah Williams from Frederick R. Bellen and Nancy L. Bellen by Deed dated December 17, 1998 and recorded in the Fulton County Clerk's Office on December 17, 1998 in Book 821 of Deeds at Page 63.

Tax Parcel ID: 104.13-14-5